## No. 684

### First Circuit

___

### SESSLER v. McCALL

___

(October 8, 1930. Opinion and Decree.)

___

Harvey E. Ellis, of Covington, and George Piazza, of New Orleans, attorneys for plaintiff, appellee.

E. V. Parham and Edw. Rightor, of New Orleans, and Morgan & Simmons of Covington, attorneys for defendant, appellant.

PER CURIAM. In this case the judgment appealed from is reduced from $265 to the sum of $200; and, as thus amended, it is affirmed, with cost of appeal on appellee.

## No. 690

### First Circuit

___

### KAISER v. LUIZZA ET AL.

___

(October 8, 1930. Opinion and Decree.)

___

Morgan & Simmons, of Covington, and E. V. Parham and Edw. Rightor, of New Orleans, attorneys for plaintiff, appellant.

Harvey E. Ellis, of Covington, and Gordon Boswell, of New Orleans, attorneys for defendant, appellee.

PER CURIAM. In this case the judgment rejecting plaintiff's demand is affirmed with cost.